## EFRAIN HERNANDEZ *v.* COMMISSIONER OF CORRECTION
### (AC 28056)

Flynn, C. J., and Gruendel and Robinson, Js.

Submitted on briefs January 4—officially released February 5, 2008

Per Curiam. The appeal is dismissed.

## ARTHUR GAINEY *v.* COMMISSIONER OF CORRECTION
### (AC 27364)

Flynn, C. J., and Gruendel and Robinson, Js.

Submitted on briefs January 4—officially released February 5, 2008

Per Curiam. The appeal is dismissed.

## SUSHIL GUPTA *v.* CONNECTICUT MEDICAL EXAMINING BOARD ET AL.
### (AC 28226)

McLachlan, Gruendel and Stoughton, Js.

Argued January 7—officially released February 5, 2008

Per Curiam. The judgment is affirmed.